1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  GRIFFIN ESTES, Bar #322095
   Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, CA  93721-2226
4  Telephone: (559) 487-5561
   Fax: (559) 487-5950
5
   Attorney for Defendant
6  LEONEL LUNA DE LOS SANTOS

7
                    IN THE UNITED STATES DISTRICT COURT
8
                       EASTERN DISTRICT OF CALIFORNIA
9

10

11 | UNITED STATES OF AMERICA,     | CASE NO. 1:25-MJ-00018- BAM

12 |                    Plaintiff, | STIPULATION TO MODIFY PRETRIAL
                                   | RELEASE CONDITIONS;  ORDER
13 |         v.

14 | LEONEL LUNA DE LOS SANTOS,

15 |                    Defendants.

16

17

18       Plaintiff United States of America, by and through its counsel of record PEDRO NAVEIRAS,

19 and defendant, by and through defendant's counsel of record GRIFFIN ESTES, hereby stipulate as

20 follows:

21       1.    By previous order, Mr. Luna de Los Santos was released on conditions. ECF Dckt. # 6.

22       2.    The parties hereby stipulate to modify Condition 4 set forth in ECF Dckt. #6. Pretrial

23 Services has been notified of this modification and has no objection. Moreover, this modification has

24 been made in consultation with the AUSA Dana E. Hill from the Middle District of Florida.

25       3.    Condition 4 currently requires Mr. Luna de Los Santos to appear in the Middle District of

26 Florida, Orlando Division on March 24, 2025, at 8:30 a.m. Since Mr. Luna de Los Santos' initial

27 appearance, the Court in Florida issued a minute order setting his arraignment for March 26, 2025 at

28 10:30 a.m.

4. The parties hereby stipulate to modify the Condition 4 so that it states:

"The defendant must appear at U.S. DISTRICT COURT, MIDDLE DISTRICT OF FLORIDA located at 401 West Central Boulevard, Suite 1200, Orlando, Florida 32801 on: 3/26/2025 at 10:30 AM, Courtroom 5 C before Magistrate Judge Daniel C. Irick, or at the time, date and location ordered by the Court in Case number 6:25-cr-00048."

IT IS SO STIPULATED.

Dated: March 5, 2025

MICHELLE BECKWITH
Acting United States Attorney

*/s/ Pedro Naveiras*
PEDRO NAVEIRAS
Assistant United States Attorney

Dated: March 5, 2025

*/s/ Griffin Estes*
GRIFFIN ESTES
Counsel for Defendant
LEONEL LUNA DE LOS SANTOS

**ORDER**

**GOOD CAUSE APPEARING**, the above stipulation to modify Mr. Luna de Los Santos' conditions of release is hereby accepted and adopted as the order of this Court. Mr. Luna de Los Santos condition, condition 4, is hereby modified as follows: "The defendant must appear at U.S. DISTRICT COURT, MIDDLE DISTRICT OF FLORIDA located at 401 West Central Boulevard, Suite 1200, Orlando, Florida 32801 on: 3/26/2025 at 10:30 AM, Courtroom 5 C before Magistrate Judge Daniel C. Irick, or at the time, date and location ordered by the Court in Case number 6:25-cr-00048."

All other orders remain in full force and effect.

IT IS SO ORDERED.

Dated:   **March 6, 2025**

STANLEY A. BOONE
United States Magistrate Judge